ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 0 6 2022

KEVIN P. WEIMER, Clerk
By: *[signature]*
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Indictment |
| SIDNEY MCCOLLUM, | No. 2:22CR- 47 |

THE GRAND JURY CHARGES THAT:

### Count One

On or about August 11, 2021, in the Northern District of Georgia, the defendant, SIDNEY MCCOLLUM, did take by force, violence, and intimidation, from the person and presence of at least one bank employee, United States currency belonging to and in the care, custody, control, management, and possession of the Northeast Georgia Bank located at 56 Stephen Circle, Toccoa, Georgia, the deposits and accounts of which were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Section 2113(a).

### Count Two

On or about August 13, 2021, in the Northern District of Georgia, the defendant, SIDNEY MCCOLLUM, did take by force, violence, and intimidation, from the person and presence of at least one bank employee, United States currency belonging to and in the care, custody, control, management, and possession of the Wells Fargo Bank located at 1324 Thompson Bridge Road, Gainesville, Georgia, the deposits and accounts of which were then insured by

the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Section 2113(a).

## Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, the defendant, SIDNEY MCCOLLUM, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, any property, real or personal, constituting or derived from proceeds traceable to said offenses, including but not limited to the following:

(a) MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense, as alleged in Counts One and Two of this Indictment.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends to seek forfeiture of any other property of the defendant up to the value of the forfeitable property, pursuant to Title 21, United

States Code, Section 853(p), Title 18, United States Code, Section 982(b)(l), and Title 28, United States Code, Section 2461(c).

A ___True___ BILL

_____ FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

Gregory E. Radics
*Assistant United States Attorney*
Georgia Bar No. 591724

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

3